IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEJANDRO PEREZ HERNANDEZ  :

          :

    Petitioner,   : 3:26-cv-909

          : (JUDGE MARIANI)

  v.        :

          :

ANGELA HOOVER, in her official :

capacity as WARDEN OF THE  :

CLINTON COUNTY CORRECTIONAL :

FACILITY, *et al*,     :

          :

    Respondents.  :

## ORDER

AND NOW, THIS 20th DAY OF APRIL, 2026, upon consideration of Petitioner

Alejandro Perez Hernandez's Petition for writ of habeas corpus pursuant to 28 U.S.C. §

2241, (Doc. 1), Respondents' response, (Doc. 3) and for the reasons set forth in the

accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition, (Doc. 1), is **GRANTED**.

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Alejandro Perez

Hernandez from the custody of Angela Hoover, Warden of the Clinton County

Correctional Facility, who has immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Thursday, April**

**23, 2026, at 5:00 P.M.** confirming that Petitioner Alejandro Perez Hernandez has been released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner Alejandro Perez Hernandez pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge